HELTON *v.* HELTON.

BECK, J. The grant or refusal of temporary alimony, and the amount thereof where alimony is allowed, are matters resting in the sound discretion of the court; and as it does not appear from all the evidence in this case that the court abused its discretion in allowing the moderate amount awarded to the libellant, this court will not interfere.

*Judgment affirmed. All the Justices concur.*
OCTOBER 20, 1916.

Temporary alimony. Before Judge Brand. Barrow superior court. January 22, 1916.

*J. A. Perry* and *G. A. Johns,* for plaintiff in error.